IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 mj 83

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| T. C. LITTLEJOHN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to Government's Motion to Dismiss Information (#18). It appears from the motion that good cause has been shown for the granting of the motion and Defendant's counsel has consented to the motion, therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Government's Motion to Dismiss Information (#18) in this matter is **ALLOWED** and the case is dismissed without prejudice.

Signed: December 5, 2016

Dennis L. Howell
United States Magistrate Judge

1